Argued before DALY, C. J., and BISCHOFF, J.

*H. Webb,* for appellant.    *M. Herman,* for respondents.

No opinion.    Order appealed from shall be modified by directing the resettlement of the order of the 30th day of January, 1891, by inserting after the words "coming on to be heard" as follows: "Upon the order to show cause, and the affidavits of Julius, Emily, and William Knoesel served therewith."

No costs of this appeal to either party.

---

NORDLINGER, Respondent, *v.* LEVINE, Appellant.

*(Common Pleas of New York City and County, General Term.    November 13, 1891.)*

Appeal from fifth district court.

Action by Henry Nordlinger against Morris Levine.

Argued before DALY, C. J., and BISCHOFF, J.

*Mr. Goodhart,* for appellant.    *Goggenheimer & Untermeyer,* for respondent.

No opinion.    Judgment affirmed, with costs.

---

ROSENCRANZ, Appellant, *v.* YARMOLOWSKY, Respondent.

*(Common Pleas of New York City and County, General Term.    November 13, 1891.)*

Appeal from fourth district court.

Action by Morris Rosencranz against Lender Yarmolowsky.

Argued before DALY, C. J., and BISCHOFF, J.

*A. Joseph,* for appellant.    *M. Clark,* for respondent.

No opinion.    Judgment affirmed, with costs.

---

SCHEIDER *et al.,* Respondents, *v.* LEVI, Appellant.

*(Common Pleas of New York City and County, General Term.    November 13, 1891.)*

Appeal from ninth district court.

Action by Abraham Scheider and others against Jacob Levi.

Argued before DALY, C. J., and BISCHOFF, J.

*Maurice Meyer,* for appellant.    *Chas. H. Preyer,* for respondents.

No opinion.    Judgment affirmed, with costs.

---

MAHON, Respondent, *v.* GUILFOYLE, Appellant.

*(Common Pleas of New York City and County, General Term.    November 2, 1891.)*

Action by Bernard Mahon against Anna M. Guilfoyle.    Plaintiff moves to dismiss defendant's appeal for failure to serve printed papers.

Argued before DALY, C. J., and BISCHOFF, J.

*Griffen & Prosser,* for appellant.    *L. L. Kellogg,* for respondent.

No opinion.    Motion granted, unless appellant serve printed papers on or about the 13th day of November, 1891.

---

HOLLER *et al.,* Respondents, *v.* TARCHINI *et al.,* Appellants.    SAME *v.* APA. *et al.*    SAME *v.* GIORDANO *et al.*

*(Common Pleas of New York City and County, General Term.    December 7, 1891.)*

Separate actions by Frederick Holler and others against Michele Tarchini and others, Filippa Apa and others, and Tomasso Giordano and others.

Argued before BISCHOFF and PRYOR, JJ.

*Foster & Stephens,* for appellants.    *Robert Kelly Prentice,* for respondents.

No opinion.    Motion to dismiss appeals for want of prosecution granted, with costs.